UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| DOUGLAS SCOTT PURVIS and MICHELLE PURVIS,<br><br>    Plaintiff,<br><br>V.<br><br>PRAXAIR, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 5:19-08-KKC |

\*\*\* \*\*\* \*\*\*

| | |
|---|---|
| CRAIG COMBS, TAMMY COMBS, DAVID HATTON, SONDRA HATTON, VINCENT LEGER, ETTA LEGER, STEVIE FITCH, CHRISTINE FITCH, ROBERT SOSBY, and GREGORY CAPPS,<br><br>    Plaintiffs,<br><br>V.<br><br>PRAXAIR, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 5:19-245-KKC |

\*\*\* \*\*\* \*\*\*

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>V.<br><br>PRAXAIR, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 5:19-254-KKC |

# ORDER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Defendant's motions for leave to file. On November 15, 2019, Defendant Praxair, Inc. filed two separate motions for leave to file two separate third-party complaints, both against the same entity. (DE 42; DE 43). However, on November 22, 2019, the Court entered an order describing the manner in which the dockets for these consolidated actions will be managed and providing instructions for how documents should be properly captioned and filed in these actions. (DE 48.)

Accordingly, the Court hereby ORDERS that Defendant's motions (DE 42; DE 43) are DENIED without prejudice and that, if Defendant continues to seek leave to file a third-party complaint, it should do so in accordance with the November 22, 2019 order's instructions for how documents should be properly captioned and filed in these actions.

Dated January 10, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY